1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  NAHLA RAJAN (CSBN 218838)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6838
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9                 UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA
11                    SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,        )   No.  3-06-70184 BZ
                                      )
13 |     Plaintiff,                   )
                                      )   [PROPOSED] ORDER AND
14 |     v.                           )   STIPULATION EXTENDING TIME
                                      )   UNDER RULE 5.1 AND EXCLUDING
15 | MARCO FLORES-MEDRANO,            )   TIME UNDER THE SPEEDY TRIAL ACT
   | aka Marco Flores,                )
16 |                                  )
   |     Defendant.                   )
17 |_____ )

18 The parties stipulate and agree, and the Court finds and holds, as follows:

19     1. The parties initially appeared on the instant matter March 21, 2006 for defendant's
20 initial appearance on the complaint.  On April 4, 2006, the parties appeared in front of the
21 Honorable James Larson for arraignment, time was waived, and the matter was continued to
22 April 14, 2006 for arraignment.  On April 14, 2006, the parties appeared in front of the
23 Honorable James Larson for status and the matter was again continued to April 28, 2006.

24     2. On April 28, 2006, the parties appeared in front of the Honorable James Larson for
25 status and the matter was continued to May 3, 2006 for arraignment.

26     3. On April 28, 2006, Assistant Public Defender David W. Fermino, who represents the
27 defendant, requested an exclusion of time from April 28, 2006 to May 3, 2006, based on
28 effective preparation and continuity of counsel.  The defendant agreed to an extension of time for

STIPULATION AND PROPOSED ORDER           1
3-06-70184 BZ

1  the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of
2  time under the Speedy Trial Act.  The parties are involved in discussions which appear likely to
3  lead to pre-indictment resolution of this case.  Therefore, the parties are requesting an extension
4  of time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act.  The parties agree
5  that the time from April 28, 2006 to May 3, 2006 should be extended under Rule 5.1(d) and
6  excluded in computing the time within which an information or indictment must be filed.  See 18
7  U.S.C. § 3161(h)(8)(A) and (B)(iv).

8     4. In light of the foregoing facts, the failure to grant the requested exclusion would
9  unreasonably deny counsel for the defense the reasonable time necessary for effective
10 preparation, taking into account the exercise of due diligence.  See id.  The ends of justice would
11 be served by the Court excluding the proposed time period.  These ends outweigh the best
12 interest of the public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).

13    5. For the reasons stated, the time period from April 28, 2006 to May 3, 2006 is extended
14 under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18
15 U.S.C. § 3161(h)(8)(A).

17 IT IS SO STIPULATED.

19 DATED: _____   Respectfully Submitted,

21              _____/S/_____
             NAHLA RAJAN
             Special Assistant United States Attorney

23 DATED: _____   _____/S/_____
             DAVID W. FERMINO
24              Counsel for Marco Flores-Medrano

26 PURSUANT TO STIPULATION, IT IS SO ORDERED.

28 DATED: May 2, 2006

             IT IS SO ORDERED
             /s/ James Larson
             Judge James Larson

STIPULATION AND PROPOSED ORDER
3-06-70184 BZ