KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-06-70184 BZ |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER AND STIPULATION EXTENDING TIME UNDER RULE 5.1 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| MARCO FLORES-MEDRANO, ) aka Marco Flores, ) | |
| Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter March 21, 2006 for defendant's initial appearance on the complaint. On April 4, 2006, the parties appeared in front of the Honorable James Larson for arraignment, time was waived, and the matter was continued until April 14, 2006 for arraignment.

    2. On April 14, 2006, the parties appeared in front of the Honorable James Larson for arraignment, and the matter was again continued to April 28, 2006.

    3. On April 14, 2006, Assistant Public Defender David W. Fermino, who represents the defendant, requested an exclusion of time from April 14, 2006 to April 28, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of

1 time under the Speedy Trial Act.  The parties are involved in discussions which appear likely to
2 lead to pre-indictment resolution of this case.  Therefore, the parties are requesting an extension
3 of time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act.  The parties agree
4 that the time from April 14, 2006 to April 28, 2006 should be extended under Rule 5.1(d) and
5 excluded in computing the time within which an information or indictment must be filed.  See 18
6 U.S.C. § 3161(h)(8)(A) and (B)(iv).

7     4. In light of the foregoing facts, the failure to grant the requested exclusion would
8 unreasonably deny counsel for the defense the reasonable time necessary for effective
9 preparation, taking into account the exercise of due diligence.  See id.  The ends of justice would
10 be served by the Court excluding the proposed time period.  These ends outweigh the best
11 interest of the public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).

12     5. For the reasons stated, the time period from April 14, 2006 to April 28, 2006 is
13 extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial
14 Act, 18 U.S.C. § 3161(h)(8)(A).

16 IT IS SO STIPULATED.

18 DATED: _____                    Respectfully Submitted,

20                              _____/S/_____
                                 NAHLA RAJAN
                                 Special Assistant United States Attorney

22 DATED: _____                  _____/S/_____
                                 DAVID W. FERMINO
23                               Counsel for Marco Flores-Medrano

24 PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 DATED: __May 2, 2006__                  _____
                                 HONORABLE JAMES LARSON
27                               United States Magistrate Judge

*IT IS SO ORDERED — Judge James Larson*

STIPULATION AND PROPOSED ORDER          2
3-06-70184 BZ